UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Beal Bank, USA,

      Plaintiff(s),

v.

Carlozzi Property Management, LLC,
et al.,

      Defendant(s).
_____/

Case No. 2:15-cv-10184-MFL-MJH

Judge Matthew F. Leitman

Magistrate Judge Michael Hluchaniuk

### REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT

To:     Clerk of the Court

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and E. D. Mich. LR 55.2, it is requested that the Clerk of Court enter a judgment by default against

- Carlozzi Property Management, LLC

Please review the Affidavit of Sum Certain.

### AFFIDAVIT

In support of the Request for Clerk's Entry of Default Judgment, I hereby declare under penalty of perjury that the following statements are true and correct:

1. Carlozzi Property Management, LLC is subject to default judgment.

2. A default has been entered on February 20, 2015 because the party has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 55(a).

3. The named party is not an infant, incompetent person or currently in the military service.

4. The plaintiff is entitled to the following judgment in the amount of $ 457,629.32 for damages, costs, other:

    Principal due on the loan:     $442,712.60
    Interest through 3/2/2015     14,916.72
    TOTAL     $457,629.32

Date: March 2, 2015

/s/ Jonathan T. Walton, Jr.
Signature

P32969
Bar No.

535 Griswold Street, Suite 1550
Street Address

Detroit, Michigan 48226
City, State, Zip Code

(313) 963-8989
Telephone Number

jonathan.walton@waltondonnelly.com
Primary Email Address