UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Beal Bank USA

        Plaintiff(s),        Case No. 15-10184

v.        Honorable Matthew F. Leitman

Carlozzi Property Management, LLC, et al,

        Defendant(s).
_____/

## CLERK'S ENTRY OF JUDGMENT BY DEFAULT

The Clerk's entry of default having been entered against Defendant Carlozzi Property Management LLC, and an affidavit having been filed;

THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant Carlozzi Property Management LLC, in the amount of $ 457,629.32 plus interest.

DAVID J. WEAVER, CLERK OF COURT
United States District Court

By: s/L. Hosking
    Deputy Clerk

Dated: March 9, 2015