UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Beal Bank USA

           Plaintiff(s),           Case No. 15-10184

v.           Honorable Matthew F. Leitman

Carlozzi Property Management, LLC, et al

           Defendant(s).
_____/

CLERK'S ENTRY OF JUDGMENT BY DEFAULT

    The Clerk's entry of default having been entered against Defendant Industrial Packing Services, and an affidavit having been filed;

    THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant Industrial Packing Services, in the amount of $ 457,629.32 plus interest.

           DAVID J. WEAVER, CLERK OF COURT
           United States District Court


           By: s/L. Hosking
               Deputy Clerk


Dated: March 9, 2015