UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEAL BANK, USA,                           Case No. 15-10184-MFL-MJH
                                                               Hon. Matthew F. Leitman

    Plaintiff,

v.

CARLOZZI PROPERTY MANAGEMENT,
LLC, GENEI INDUSTRIES, INC.,
INDUSTRIAL PACKAGING SERVICES --
NORTH CAROLINA, LTD. and
MARTIN R. GENEI,
    jointly and severally,

    Defendants.
_____/

## WITHDRAWAL OF PLAINTIFF'S
## VERIFIED MOTION FOR PROCEEDINGS SUPPLEMENTARY TO
## JUDGMENT

    Plaintiff, Beal Bank, USA ("Beal") hereby withdraws its Motion for Proceedings Supplementary to Judgment, scheduled for a hearing before this Court on Wednesday, September 6, 2017.

                                                Respectfully Submitted,

                                                FRASER, TREBILCOCK, DAVIS & DUNLAP, P.C.

                                                /s/ Jonathan T. Walton, Jr.
                                                Jonathan T. Walton, Jr.  (P32969)
                                                Laura S. Faussié (P48933)
                                                One Woodward Avenue, Suite 1550
                                                Detroit, MI 48226
                                                (313) 237-7300
                                                Attorneys for Beal Bank, USA

Dated: August 3, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEAL BANK, USA,    Case No. 15-10184-MFL-MJH
                   Hon. Matthew F. Leitman

    Plaintiff,

v.

CARLOZZI PROPERTY MANAGEMENT,
LLC, GENEI INDUSTRIES, INC.,
INDUSTRIAL PACKAGING SERVICES --
NORTH CAROLINA, LTD. and
MARTIN R. GENEI,
    jointly and severally,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that, on August 3, 2017, I caused to be served by U.S. Mail:

(1) Withdrawal of Plaintiff's Verified Motion for Proceedings Supplementary to Judgment; and (2) this Certificate of Service; on:

    Martin R. Genei
    Carlozzi Property Management, LLC
    Genei Industries, Inc.
    Industrial Packaging Services-North Carolina, Ltd.
    c/o Martin R. Genei
    12603 Whalen Lake Drive
    Hartland, MI  48353

                              Respectfully Submitted,

                              FRASER, TREBILCOCK, DAVIS & DUNLAP, P.C.

                              /s/ Jonathan T. Walton, Jr.
                              Jonathan T. Walton, Jr.  (P32969)
                              Laura S. Faussié (P48933)
                              One Woodward Avenue, Suite 1550
                              Detroit, MI 48226
                              (313) 237-7300
                              Attorneys for Beal Bank, USA

Dated: August 3, 2017